OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**10/16/2014** **PRIVATE USE**
**BECK, CORY JOEL**

On this day, the application for Writ of Habeas Corpus has been received
and presented to the Court.

Tr. Ct. No. 1244694-A

WR-82,280-02

RESORTED FIRST CLASS

UNITED STATES POSTAGE
$ 00.26⁵
02 1M
0004279596
OCT 18 2014
MAILED FROM ZIP CODE 78701
PITNEY BOWES

RETURNED TO SENDER
Not here
DO-101

Abel Acosta, Clerk

CORY JOEL BECK